UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8942-JGB (KK) | Date | November 21, 2014 |
|---|---|---|---|
| Title | Leroy Willis v. Daniel Paramo | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**        (IN CHAMBERS)

Based on Petitioner's declaration in support of request to proceed in forma pauperis and the accompanying certified trust account statement, Petitioner's request to proceed in forma pauperis is **GRANTED**.  Accordingly, the $5.00 filing fee is ordered **WAIVED**.

Initials of Clerk     dts